UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GERMAIN BURNETT, #267845,

                        Petitioner,

                                                CASE NO. 2:08-CV-11901
v.                                              HONORABLE LAWRENCE P. ZATKOFF

THOMAS BELL,

                        Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas

Corpus, Honorable Lawrence P. Zatkoff, United States District Judge, presiding, and in accordance

with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is

**DISMISSED WITH PREJUDICE.**



                                        **S/Lawrence P. Zatkoff**
                                        **LAWRENCE P. ZATKOFF**
                                        **UNITED STATES DISTRICT JUDGE**

**Dated:  May 24, 2010**

                        **CERTIFICATE OF SERVICE**

**The undersigned certifies that a copy of this Order was served upon the attorneys of
record by electronic or U.S. mail on May 24, 2010.**



                                        **S/Marie E. Verlinde**
                                        **Case Manager**
                                        **(810) 984-3290**